CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR 27 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JESSE ALAN LAWRENCE, ) | |
|    Plaintiff, ) | Civil Action No. 7:08-cv-00226 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| SWVRJA ABINGDON FACILITY, ) | By: Hon. Jackson L. Kiser |
|    Defendant. ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1); any pending motions are hereby **DENIED** as **MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 27th day of March, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge